UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD BENSON, :
    Plaintiff, :
     :
    v. :  Case No. 3:16cv1150(JAM)(WIG)
     :
NEW HAVEN POLICE DEP'T, ET AL., :
    Defendants. :

**ORDER**

    The plaintiff, Richard Benson, incarcerated and *pro se*, has filed a complaint under 42 U.S.C. § 1983.  The complaint lists the New Haven Police Department, Chief of Police Dean Esserman, and Officers Brendon Morer and Michael Haines as defendants.

    It has come to the Court's attention that the plaintiff did not sign the complaint.  *See* Compl., Doc. No. 1 at 12-13.  Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by . . . a party personally if the party is unrepresented."  The party signing the pleading must include his or her address under his or her signature as well as a telephone number, fax number and email address, if available.  *See* Rule 10(a), D. Conn. L. Civ. R.

**Within twenty days of the date of this Order, the plaintiff shall re-submit his complaint with his original signature, the date on which it was signed, and his address and phone number, fax number, and email address, if available.** Failure to re-submit the complaint with the necessary original signature and other applicable information within the time specified will result in dismissal of this action without further notice from the Court. **The clerk is directed to mail the plaintiff a copy of the Complaint, Doc. No. 1, together with a copy of this order.**

SO ORDERED at Bridgeport, Connecticut this <u>16th</u> day of September, 2016.

/s/ *William I. Garfinkel*
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE